# EXHIBIT "E"

**_Figure 1_ – Timeline of Ortho Sport's Corporate Shell Game**



1

2



M1207079.1 0078D

2