IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAE JIMMAR,

      Plaintiff,

v.

COCA-COLA BOTTLING
COMPANY UNITED, INC. and
TRAVON BENNETT

      Defendants.

CIVIL ACTION
FILE NO.:  1:25-cv-01045-SCJ

## **DEFENDANTS' NOTICE OF FILING EXHIBITS**

COME NOW, Defendants, and file for the Court's reference documents identified and used by Defendant in the hearing on the Motion to Compel and Motion for Protective Order on October 28, 2025:

•     Email correspondence between the Witherite Law Group and Ortho Sport and Spine, July 15-16, 2024, produced by Plaintiff, attached hereto as Exhibit A;

•     Email correspondence between the Witherite Law Group and Ortho Sport and Spine, April 17-18, 2025, produced by Plaintiff, attached hereto as Exhibit B.

Respectfully submitted, this 29th day of October, 2025.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Elenore C. Klingler*
KEVIN P. BRANCH
Georgia Bar No. 111839
ELENORE C. KLINGLER
Georgia Bar No. 425190
*Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801
Email: kpb@mkblawfirm.com
         eklingler@mkblawfirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Counsel for Defendants hereby certifies that **DEFENDANTS' NOTICE OF FILING EXHIBITS** have been prepared with one of the font and point selections approved by the Court in LR 5.1(B):  Times New Roman (14 point).

This 29th day of October, 2025.

*/s/ Elenore C. Klingler*
ELENORE C. KLINGLER
For the Firm

## CERTIFICATE OF SERVICE

This is to certify that on this date I have electronically filed the foregoing

**DEFENDANTS' NOTICE OF FILING EXHIBITS** with the Clerk of Court using

the CM/ECF system which will automatically send email notification of such filing

to the following attorney of record:

Natalie C. Foster, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, Georgia 30308
natalie.foster@witheritelaw.com
***Attorneys for Plaintiff***

**VIA EMAIL AND CERTIFIED MAIL/
RETURN RECEIPT**
Evan David Szczepanski, Esq.
Delgado Heidari, LLC
2997 Cobb Parkway #724615
Atlanta, Georgia 31139
eds@dhlawteam.com

Submitted this 29th day of October, 2025.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Elenore C. Klingler*
ELENORE C. KLINGLER
Georgia Bar No. 425190
*Attorney for Defendants*