# EXHIBIT "A"

| | |
|---|---|
| **From:** | Brent Crowder on behalf of Ortho Intake |
| **To:** | Elicia Molina |
| **Cc:** | DL_CharissaStewart; MaeRosieJimmarZ992075526@witheritelaw.filevineapp.com |
| **Subject:** | [External]Re: Jimmar, Mae |
| **Date:** | Tuesday, July 16, 2024 10:23:29 AM |
| **Attachments:** | image001.png |
| | Outlook-b0fbs4im.png |

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Received! Thank you for the referral!

We will update you once the patient has been scheduled.

Mae Jimmar

Thank you,

--

Referral Department
(O) 678-752-7246 | (F): 678-530-1042
https://orthosportandspine.com/



**Cutting Edge Spine & Joint Care**

CONFIDENTIALITY NOTICE:

*This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately and then delete this message.*

**From:** Elicia Molina <Elicia.Molina@witheritelaw.com>
**Sent:** Monday, July 15, 2024 4:43 PM
**To:** Ortho Intake <intake@orthosportandspine.com>
**Cc:** DL_CharissaStewart <dl_charissastewart_prelit@witheritelaw.com>;
MaeRosieJimmarZ992075526@witheritelaw.filevineapp.com
<MaeRosieJimmarZ992075526@witheritelaw.filevineapp.com>
**Subject:** Jimmar, Mae

Ortho Sport and Spine – Douglasville

Hello, Ortho Sport and Spine – Douglasville, Ms. Mae Jimmar has decided to treat at your facility. Please reach out at your earliest convenience for scheduling a Consult - Ortho.

NEW PATIENT DEMOGRAPHIC INFO

Name: Ms.. Mae Jimmar

Address: ███████████████████████

Phone: ████████████████

DOB: ██████

Date of Injury: 7/9/2024

Injury: right leg pain and swelling, lower back pain w/radiation down to right foot, right sided neck pain



witheritelaw.com | 1800TruckWreck.com

**ELICIA MOLINA**
**PRE-LITIGATION CASE ASSISTANT**

Phone: 470.881.8804
Direct: 470.737.9907
Fax:    470.737.9907

600 Peachtree ST NE, Suite 4010
Atlanta, GA 30308