# EXHIBIT "B"

**From:** Grecia Montes De Oca on behalf of Ortho Intake
**To:** Brittney Rambert; Joseling Martinez; Aracelis Delgado
**Subject:** Re: [External]Re: Mae Jimmar
**Date:** Friday, April 18, 2025 10:42:44 AM
**Attachments:** image001.png
image002.png
Outlook-cmlzyplm.png
Outlook-ulit2vfn.png

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

No answer. A VM was left and a TXT was sent!

--

Referral Department
(O) 1-800-678-4611 | (F): 678-530-1042
https://orthosportandspine.com/



**Cutting Edge Spine & Joint Care**

CONFIDENTIALITY NOTICE:

*This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately and then delete this message.*

**From:** Brent Crowder on behalf of Ortho Intake <intake@orthosportandspine.com>
**Sent:** Thursday, April 17, 2025 4:52 PM
**To:** Brittney Rambert <Brittney.Rambert@witheritelaw.com>; Joseling Martinez <jmartinez@fortressdatasolutions.com>; Aracelis Delgado <adelgado@fortressdatasolutions.com>
**Subject:** Re: [External]Re: Mae Jimmar

Thank you!

A representative will be reaching out shortly.

--

Referral Department
(O) 1-800-678-4611 | (F): 678-530-1042
https://orthosportandspine.com/



**Cutting Edge Spine & Joint Care**

CONFIDENTIALITY NOTICE:

*This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately and then delete this message.*

**From:** Brittney Rambert <Brittney.Rambert@witheritelaw.com>
**Sent:** Thursday, April 17, 2025 10:55 AM
**To:** Ortho Intake <intake@orthosportandspine.com>; Joseling Martinez <jmartinez@fortressdatasolutions.com>; Aracelis Delgado <adelgado@fortressdatasolutions.com>
**Subject:** RE: [External]Re: Mae Jimmar

Mae Jimmar-██████████



**BRITTNEY RAMBERT**
**CLIENT CARE COORDINATOR**

Phone: 470.881.8804
Direct: 470.264.5077
Fax:    470.264.5077

600 Peachtree ST NE, Suite 4010
Atlanta, GA 30308

**witheritelaw.com | 1800TruckWreck.com**

**From:** Grecia Montes De Oca <gdeoca@orthosportandspine.com> **On Behalf Of** Ortho Intake
**Sent:** Thursday, April 17, 2025 10:54 AM
**To:** Brittney Rambert <Brittney.Rambert@witheritelaw.com>; Joseling Martinez <jmartinez@fortressdatasolutions.com>; Aracelis Delgado <adelgado@fortressdatasolutions.com>
**Subject:** [External]Re: Mae Jimmar

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good morning:

Please provide us with a phone number for the patient.
Thank you,

--

Referral Department

(O) 1-800-678-4611 | (F): 678-530-1042
https://orthosportandspine.com/



**Cutting Edge Spine & Joint Care**

CONFIDENTIALITY NOTICE:

*This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately and then delete this message.*

**From:** Brittney Rambert <Brittney.Rambert@witheritelaw.com>
**Sent:** Thursday, April 17, 2025 10:31 AM
**To:** Ortho Intake <intake@orthosportandspine.com>; Joseling Martinez <jmartinez@fortressdatasolutions.com>; Aracelis Delgado <adelgado@fortressdatasolutions.com>
**Subject:** Mae Jimmar

Good afternoon,

**Re: Mae Jimmar**
**DOB:** ███████
**Incident Date: 07/09/24**

The client would like to schedule a re-evaluation for chronic low back pain.

Please advise me of the date and time once scheduled and do not hesitate to reach me if you have any questions or concerns.

Thank you,



**BRITTNEY RAMBERT**
**CLIENT CARE COORDINATOR**

Phone: 470.881.8804
Direct: 470.264.5077
Fax:   470.264.5077

600 Peachtree ST NE, Suite 4010
Atlanta, GA 30308

witheritelaw.com | 1800TruckWreck.com