IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAE JIMMAR,

     Plaintiff,

v.

COCA-COLA BOTTLING
COMPANY UNITED, INC. and
TRAVON BENNETT

     Defendants.

CIVIL ACTION
FILE NO.:  1:25-cv-01045-SCJ

## BRIEF IN SUPPORT OF JOINT MOTION
## FOR EXTENSION OF DISCOVERY

This suit arises from a motor vehicle collision on or about July 9, 2024. Plaintiff Mae Jimmar filed suit on December 30, 2024 against Defendants seeking to recover damages for injuries she claims to have suffered in a motor vehicle accident in Carroll County, Georgia, on July 9, 2024.  Defendants timely removed the case to federal court on February 28, 2025.  The original discovery period allocated by the Court was set to expire November 28, 2025.

The Court's order on a discovery dispute between Defendants and non-party Ortho Sport and Spine Physicians extended discovery through March 16, 2026.  It also ordered production of materials from Ortho Sport by February 13, 2026.  Ortho

Sport produced some, though not all, of the materials ordered.[1]  Defendants have engaged data expert Lori Greene to review the materials produced and provide analysis.  Ms. Greene received the materials and began her review on February 13; however, she advised counsel for Defendants that she had the flu the week of February 20 and has been delayed in completing her analysis.  Her deposition was set for March 6, 2026; however, Defendants do not anticipate that her report will be available for Plaintiff's review until March 4th at the earliest, which will likely require a delay in Ms. Greene's deposition to allow Plaintiff sufficient time to prepare.

The parties had previously scheduled depositions of the corporation and of one of Plaintiff's experts the week of March 9th so as to be completed within the discovery period.  The parties have also scheduled the mediation of this case on March 19, 2026.  The parties jointly believe that the likelihood of resolution at mediation is good and would like to hold off on the depositions of the experts and corporation to avoid the time and expense required if settlement is possible.

Therefore, the parties jointly request that the Court grant a brief extension of discovery for thirty (30) days, through April 15, 2026.  The extension would permit

---

[1] Defendants are awaiting the analysis of their expert as to what materials may be missing before addressing with the Court, if necessary.

the parties to mediate the case on March 19th and, if not successful, to take the expert and corporate depositions afterward. The parties jointly believe the extension will not meaningfully delay the resolution of the case.

## CONCLUSION

For the reasons stated above, the parties respectfully submit that additional time for discovery is necessary and warranted.  The parties respectfully request that this Honorable Court grant this motion for a thirty (30) day extension of discovery, through and including April 15, 2026.  A Proposed Order is submitted with this motion.

Respectfully submitted this 24th day of February, 2026.


*/s/ Elenore C. Klingler*    */s/ John Barnes*
Kevin P. Branch    *Signed with express permission*
Georgia Bar No. 111839    *by Elenore C. Klingler*
Elenore C. Klingler    John Barnes, Esq.
Georgia Bar No. 425190    Georgia Bar No. 433777
McMickle, Kurey & Branch, LLP    WLG Atlanta, LLC
217 Roswell Road, Suite 200    Bank of America Plaza
Alpharetta, GA 30009    600 Peachtree Street, NE
kpb@mkblawfirm.com    Suite 4010
eklingler@mkblawfirm.com    Atlanta, GA 30308
*Attorneys for Defendants*    John.Barnes@witheritelaw.com
    *Attorney for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

Counsel for Defendants hereby certifies that **BRIEF IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY** have been prepared with one of the font and point selections approved by the Court in LR 5.1(B):  Times New Roman (14 point).

This 24th day of February, 2026.

*/s/ Elenore C. Klingler*
ELENORE C. KLINGLER
For the Firm

## CERTIFICATE OF SERVICE

This is to certify that on this date I have electronically filed the foregoing **BRIEF IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

John Barnes, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, Georgia 30308
John.Barnes@witheritelaw.com
*Attorney for Plaintiff*

Submitted this 24th day of February, 2026.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Elenore C. Klingler*
ELENORE C. KLINGLER
Georgia Bar No. 425190
*Attorney for Defendants*