IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAE JIMMAR; | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | FILE NO. 1:25-cv-01045-SCJ |
| | § | |
| | § | |
| COCA-COLA BOTTLING | § | |
| COMPANY UNITED EAST, LLC, | § | |
| AND TRAVON BENNETT,; | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF SETTLEMENT**

COME NOW Plaintiff and Defendants and hereby notify the Court that they have reached a full and final settlement of all issues and claims in this action.  The parties anticipate filing a stipulation of dismissal with prejudice in the near future and, in the meantime, request the Court excuse them from all deadlines.

This 15TH day of April, 2026.

**Consented to and prepared by:**

WLG Atlanta, LLC

*/s/ John Barnes*

NOTICE OF SETTLMENT  – Page 1

John Barnes
Georgia State Bar Number 433777
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
Telephone: (470) 881-8804
Facsimile: (470) 870-6577
John.barnes@witheritelaw.com
*Attorney For Plaintiff*


MCMICKLE, KUREY & BRANCH, LLP

*/s/ Elenore C. Klinger (w/express permission)*
Elenore C. Klinger
Georgia Bar No. 425190
217 Roswell Street, Suite 200
Atlanta, GA 30009
eklinger@mkblawfirm.com
*Attorney for Defendants*

NOTICE OF SETTLMENT  – Page 2